UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Shawn Harold Coder                  :         Case #: 04-64967
       Tonya Lefaye Coder

                                               :         Chapter 13

                                               :         Judge Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 28, 2010                    /s/ Frank M. Pees_____
                                                       Frank M. Pees
                                                       Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Carter Lumber Co. | $71.23 |
| c/o John Daily Esq. | |
| 7 West Bowery Street #604 | |
| Akron, OH  44308 | |