UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Shawn Harold Coder              :         Case #: 04-64967
       Tonya Lefaye Coder

                                                           :         Chapter 13

                                                           :         Judge Caldwell

### **NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 28, 2010                          /s/ Frank M. Pees
                                                                      Frank M. Pees
                                                                       Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Cardiology Incorporated<br>745 West State Street #600<br>Columbus, Ohio  43222 | $5.78 |