# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re:<br>SHAWN HAROLD CODER<br>TONYA LEFAYE CODER<br>76 STONY CREEK DR<br>CHATHAM, IL  626291551 | Case No:   07-50207<br><br>Judge:      CHARLES M. CALDWELL |

TONYA LEFAYE CODER
76 STONY CREEK DR
CHATHAM, IL  626291551

SSN(S):    XXX-XX-5495
           XXX-XX-1408

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  December 29, 2010

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| WESTERVILLE INTERNAL MEDICINE<br>PO BOX 2531<br>WESTERVILLE, OH  43086 | 0.40 |